IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:22mc50-FDW-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| v. | ) |
| | ) |
| APPROXIMATELY $237,670.75 IN FUNDS | ) |
| SEIZED FROM A SOUTH STATE BANK | ) |
| ACCOUNT XXXXX0966, SUCH ACCOUNT | ) |
| HELD IN THE NAME OF NICHOLS FOOD | ) |
| STORE, INC. | ) |

ORDER FOR EXTENSION
OF TIME TO FILE FORFEITURE COMPLAINT

THIS MATTER is before the Court on the United States of America's Unopposed Motion for Extension of Time to File Forfeiture Complaint. For the reasons set forth in the Unopposed Motion, this Court hereby grants a sixty day extension to file the Complaint up to and including May 23, 2022.[1]

**SO ORDERED**.

Signed: March 21, 2022

David S. Cayer
United States Magistrate Judge

---

[1] The sixtieth day after the current deadline falls on May 22, a Sunday, so this Court is granting an extension until May 23, a Monday.

1